# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2016

## NO. 03-15-00228-CR

**Clifton Crews Hoyt, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that appellant entered a plea of true to the enhancement allegation in the second paragraph of the indictment asserting that appellant had previously been convicted of a felony and that the trial court found the enhancement to be true. The judgment, as modified, is affirmed. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.